UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>) **CIVIL NO. 3:21-cv-393**<br>APPROXIMATELY $10,130 IN UNITED )<br>STATES CURRENCY SEIZED FROM )<br>NICHOLAS SMITH ON MARCH 18, )<br>2021 AT THE CHARLOTTE-DOUGLAS )<br>INTERNATIONAL AIRPORT ) | |

## ORDER OF DEFAULT JUDGMENT

THIS CAUSE COMES BEFORE THE COURT upon the Government's Motion for Entry of Default Judgment. (Doc. 9). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $10,130 in U.S. Currency seized from Nicholas Smith on March 18, 2021 at Charlotte-Douglas International Airport.**

Signed: November 1, 2021

_____
Frank D. Whitney
United States District Judge